| UNITED STATES BANKRUPTCY DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2 (c) |
| Russell L. Low, Esq. – RLL 4745<br>Low & Low, LLC<br>505 Main Street, Suite 304<br>Hackensack, NJ 07501<br>201-343-4040<br>Attorneys for Debtor |
| In Re:<br><br>STANLEY JONES<br><br>Debtor(s) |

Order Filed on May 19, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 19-31250

Chapter 13

Judge: The Honorable Rosemary Gambardella

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

DATED: May 19, 2021

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Low & Low, LLC.,** the applicant, is allowed a fee of $400.00 for services rendered and expenses in the amount of $0.00 for a total of $400.00. The allowance is payable:

  __X__    through the Chapter 13 plan as an administrative priority.

  ___    outside the plan.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-31250-RG |
| Stanley Jones | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 19, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stanley Jones, 63 Sheridan Street, Irvington, NJ 07111-2924 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2021        Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing ajennings@raslg.com |
| Denise E. Carlon | on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bk@stewartlegalgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Phillip Andrew Raymond | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing phillip.raymond@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Russell L. Low | on behalf of Debtor Stanley Jones ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |

District/off: 0312-2 User: admin Page 2 of 2
Date Rcvd: May 19, 2021 Form ID: pdf903 Total Noticed: 1

U.S. Trustee
                  USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7