UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:
Stanley Jones

Case No.: _____19-31250_____

Chapter: 13

Judge: _____RG_____

# CERTIFICATION OF DEBTOR(S) IN SUPPORT OF
# COVID-19 CHAPTER 13 PLAN MODIFICATION

I [We], Stanley Jones _____, am [are] the debtor[s] in the above-captioned Chapter 13 case and make this Certification under penalty of perjury in support of the COVID-19 Chapter 13 Plan Modification filed separately on the docket.

1) The Chapter 13 Plan was originally confirmed by order entered on January 17, 2020.

2) I was current with plan payments through July 2021.

3) I was current with post-petition mortgage payments through October 2021 on property located at 63 Sheridan Street Irvington, NJ 07111.

   [If not applicable, skip] [if more than 1 property, add additional lines]
   a) The mortgage payments referred to above are [check one]:

      ☒ contractual payments

      ☐ adequate protection payments

   b) I am current with post-petition real estate taxes on the property located at _____.

      ⦿ YES  ○ NO

   c) I have current liability insurance on the property and can provide proof thereof.

      ⦿ YES  ○ NO

4) If the confirmed plan includes a cram down on a mortgage, then answer the following:
   a) I am current with post-petition real estate taxes on the property located at _____.

      ○ YES  ○ NO

   b) I have current liability insurance on the property and can provide proof thereof.
      ○ YES  ○ NO

5) I was current with post-petition auto payments through __October 2021__ on the following automobile(s). [If not applicable, skip]
   __2014 Nissan Altima and 2015 GMC Yukon__.

6) The change in my household income previously reported on Schedule I is $ __9,333.28__.
   My current household income is $__5,935.45__. I have attached a current paystub or proof of the change in income to this certification [Redact any personally identifiable information before docketing.]
   My current total household expenses are now $__5,785.34__.

7) As a result of COVID-19, I have suffered a material financial hardship which has impacted me in the following way:

   > My wife was furloughed from her job due to the COVID-19 pandemic in April 2020 and then was permanently laid off in July 2020. She was receiving unemployment compensation until May 2021. I also no longer have my second job. My wife is starting a new job on October 18, 2021 and with her new job's income, help from our family, and my salary, we will be able to afford a monthly trustee payment of $150.00 temporarily for 3 months starting November 2021 and we propose an increased payment to $659.40 starting in February 2022 for 58 months extending the plan to 84 months total.

I hereby certify that the foregoing statements made by me are true to the best of my knowledge, information and belief. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: __October 13, 2021__          /s/ Stanley Jones_____
                                      Debtor's Signature

Dated: _____        _____
                                      Debtor's Signature

*new.12/2020*

2