Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

                                        Case No.: 19−31250−RG
                                        Chapter: 13
                                        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Stanley Jones
   63 Sheridan Street
   Irvington, NJ 07111

Social Security No.:
   xxx−xx−7058

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

     NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on February 17, 2022.

Dated: February 18, 2022
JAN: rah

                                                                                            Jeanne Naughton
                                                                                            Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 19-31250-RG

Stanley Jones                                                                           Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                        User: admin                        Page 1 of 2

Date Rcvd: Feb 18, 2022                Form ID: plncf13                Total Noticed: 17

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stanley Jones, 63 Sheridan Street, Irvington, NJ 07111-2924 |
| cr | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, POB 340514, Tampa, FL 33694-0514 |
| 518562405 | + | DITECH, ATTN: BANKRUPTCY, PO BOX 6172, RAPID CITY, SD 57709-6172 |
| 518562406 | | Lucille V. Jones, 121 Thelma Road, Roanoke Rapids, NC 27870 |
| 518757077 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518757078 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826, NewRez LLC d/b/a Shellpoint Mortgage Ser, P.O. Box 10826 Greenville, SC 29603-0826 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 18 2022 20:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 18 2022 20:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 18 2022 20:38:18 | AIS Portfolio Services, LP, Attn: Ally Capital Department, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Feb 18 2022 20:38:45 | Synchrony Bank, c/o PRA Recievables Management, LL, POB 41021, Norfolk, VA 23541-1021 |
| 518562403 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 18 2022 20:40:00 | ALLY FINANCIAL, ATTN: BANKRUPTCY DEPT, PO BOX 380901, BLOOMINGTON, MN 55438-0901 |
| 518698402 | | Email/Text: ally@ebn.phinsolutions.com | Feb 18 2022 20:40:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 519262589 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 18 2022 20:38:18 | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518562404 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 18 2022 20:38:17 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 518661713 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 18 2022 20:41:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518757077 | | Email/Text: mtgbk@shellpointmtg.com | Feb 18 2022 20:41:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518757078 | | Email/Text: mtgbk@shellpointmtg.com | Feb 18 2022 20:41:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC |

Case 19-31250-RG    Doc 63    Filed 02/20/22    Entered 02/21/22 00:14:11    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 18, 2022 | Form ID: plncf13 | Total Noticed: 17 |

| 518563388 | + Email/PDF: gecsedi@recoverycorp.com | Feb 18 2022 20:38:30 | 29603-0826, NewRez LLC d/b/a Shellpoint Mortgage Ser, P.O. Box 10826, Greenville, SC 29603-0826 |
| | | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518583149 | + Email/PDF: ebn_ais@aisinfo.com | Feb 18 2022 20:38:46 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518666328 | ## | Ditech Financial LLC c/o, Ditech Financial LLC F/K/A Green Tree Se, PO Box 12740, Tempe AZ 85284-0046 |
| 518562407 | ##+ | KML Law Group P.C., 216 Hadden Ave, Ste 406, Collingswood, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2022          Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing ajennings@raslg.com |
| Denise E. Carlon | on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bk@stewartlegalgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Phillip Andrew Raymond | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com |
| Russell L. Low | on behalf of Debtor Stanley Jones ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7