Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−31250−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Stanley Jones
   63 Sheridan Street
   Irvington, NJ 07111

Social Security No.:
   xxx−xx−7058

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 5/4/22 at 10:00 AM

to consider and act upon the following:

**65** − Certification in Opposition to (related document:64 Creditor's Certification of Default (related document:31 Motion for Relief from Stay re: 63 Sheridan Street, Irvington, New Jersey 07111. Fee Amount $ 188. filed by Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing, Motion for Relief from Co−Debtor Stay of Lucille V. Jones, 35 Order on Motion For Relief From Stay) filed by Sherri Jennifer Smith on behalf of NewRez LLC d/b/a Shellpoint Mortgage Servicing. Objection deadline is 04/6/2022. (Attachments: # 1 Proposed Order # 2 Certificate of Service # 3 Exhibit A # 4 Exhibit B) filed by Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing) filed by Russell L. Low on behalf of Stanley Jones. (Low, Russell)

Dated: 4/7/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court