UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Pincus Law Group, PLLC
ssmith@pincuslaw.com
Sherri J. Smith Esquire
425 RXR Plaza
Uniondale, NY 11556
(516)-699-8902
ATTORNEYS FOR NewRez LLC d/b/a Shellpoint Mortgage Servicing

In Re:

Stanley Jones

DEBTOR

Case No.: 19-31250
Chapter: 13
Hearing Date: n/a
Judge: RG

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ☒ Withdrawn

Matter: Creditor's Certification of Default Doc. 64

_____

Date: 04/25/2022

/s/ Sherri J. Smith
Sherri J. Smith, Esquire

*rev.8/1/15*