**RUSSELL LOW, ESQ. RLL-4745**
**LOW & LOW, LLC.**
**Attorneys at Law**
**505 Main Street**
**Hackensack, NJ 07601**
**(201) 343-4040**
**Attorney for Debtor**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Stanley Jones | : | CASE NO. 19-31250 |
| Debtor | : | HONORABLE ROSEMARY GAMBARDELLA |

**ATTORNEY'S RESPONSE TO CERTIFICATION IN SUPPORT OF DEFAULT**

I, Russell L. Low, Esq. hereby certify the following:

1. I, Russell L. Low, Esq. represent the debtor Stanley Jones in this bankruptcy proceeding.
2. On May 18, 2022 a Certification in Support of Default was entered by the Chapter 13 Standing Trustee.
3. To date the debtors are delinquent $1,426.98.
4. A payment for $527.00 posted on May 27, 2022 as reflected on the website.
5. A proposal was not given on how the debtor will cure their delinquency.
6. Therefore, I am requesting more time to speak with the debtor to address the remaining arrears.

I hereby certify that the foregoing statements made by me are true and correct to the best of my knowledge.

Date:  June 1, 2022                                    /s/ Russell L. Low
                                                       **Russell L. Low, Esq.**
                                                       Attorney for Debtor